UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEBORAH ORTIZ,

    Plaintiff,

v.                                         Case No. 6:13-cv-519-Orl-28TBS

HARRIS CORPORATION,

    Defendant.
_____

## ORDER

Pending before the Court is the parties' Joint Stipulation for Substitution of Certain Parties (Doc. 13). The parties jointly stipulate to the following: (1) Defendant Harris Corporation shall be removed as a defendant in Counts I and II of this action; and (2) the Harris Employee Benefits Committee ("the EBC"), as the Plan Administrator for the Harris Corporation Long-Term Disability Plan (the "LTD Plan") and the LTD Plan shall be substituted for Harris Corporation in Counts I and II. Stephanie Segalini, Esq. and Allison Gallagher, Esq. of the law firm of Akerman Senterfitt will represent the EBC and the LTD Plan as to Counts I and II, and they will continue to represent Harris Corporation as to Count III. The parties have also agreed that service of the EBC and the LTD Plan is unnecessary and that their time period for responding to Plaintiff's complaint shall be consistent with that of Harris Corporation.

The Court construes the joint stipulation as a motion, upon due consideration, it is GRANTED and:

(1) Defendant Harris Corporation is REMOVED as a defendant in Counts I and II of this action.

(2)  The Harris Employee Benefits Committee ("the EBC"), as the Plan Administrator for the Harris Corporation Long-Term Disability Plan (the "LTD Plan") and the LTD Plan shall be SUBSTITUTED for Harris Corporation in Counts I and II of Plaintiff's complaint.

(3)  Attorneys Stephanie Segalini and Allison Gallagher will represent the EBC and the LTD Plan as to Counts I and II, and they will continue to represent Harris Corporation as to Count III.

(4)  Service of the EBC and the LTD Plan is unnecessary.  Their time period for responding to Plaintiff's complaint shall be consistent with that of Harris Corporation.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on May 21, 2013.

_____
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel